FILED

MAY 1 4 2008

Clerk, U.S. District and
Bankruptcy Courts

CASE RE-ASSIGNED
JUN 30 2008
TO: JUDGE COLLYER
FILE I ??

UNITED STATE COURT
DISTRICT OF COLUMBIA

——————————————————————X

HERBERT THOMAS, = 79A1632

Green Haven C. Facility
PoB 4000
Stormville, NY 12582-0010

    plaintiff,

    -against-

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, FOOD AND DRUG
ADMINISTRATION (FDA),

    Defendant.

——————————————————————X

Case: 1:08-cv-00831
Assigned To : Unassigned
Assign. Date : 5/14/2008
Description: FOIA/Privacy Act

## INTRODUCTION

*Complaint*

1.     The Department of Health and Human Services, Food and Drug Administration ("FDA") has violated the Freedom of Information Act and Privacy Act ("FOIA"), 5 U.S.C. §§ 552, 552a, as amended, by denying requested information and documents by failing to reply to the plaintiff's administrative appeal. This action seeks an order declaring that the FDA acted illegally by failing to respond to the plaintiff's administrative appeal and an order to the defendant to obey FOIA by immediately providing the information and documents requested by the plaintiff.

## JURISDICTION AND VENUE

2.     This Court has jurisdiction over this action pursuant 5 U.S.C. § 552(a)(4)(B).

3.     Venue in this proper under 5 U.S.C.

RECEIVED

APR 15 2008

Clerk, U.S. District and
Bankruptcy Courts

①

552(a)(4)(B) Department of Health and Human Services, Food and Drug Administration ("FDA").

## PARTIES

4.      Plaintiff  Herbert  Thomas  (79A-1632)  is  a citizen of the United States of American and incarcerated at Green Haven Correctional Facility, Box 4000, Stormville, New York 12582-0010.

5. Plaintiff  without  this  information  and  documents cannot make sure that the FDA is following the law and their policies.

6.      Plaintiff has an interest in obtaining public information related to Biocine Sclavo, S.P.A. f/k/a Sclavo, S.P.A. under Established License No, 238 because its license was revoked  for violations of 21 U.S.C. § 351 to 353a.

7.      Defendant FDA is a federal agency under the Department of Health and Services  It is responsible for administrating the proper health and safety of manufacturing of  drugs  imported  into  the  United  States.   The  FDA  is responsible for responding to FOIA requests and appeals made to it, and so is sued as a defendant in this action.

## FACTS

8.      On 17 April 2006, by letter, plaintiff made FOIA  to  the  FDA  for  information  and  documents.   (See,

Exhibit "A" hereto).

9.     On  24  April  2006  defendant,  by  letter,
responded  to plaintiff's FOIA request.    (See,  Exhibit  "B"
hereto).

10.     On  22 September 2006, by letter, defendant
informed plaintiff that his FOIA request was forwarded to the
FDA's  Center  for  Biologics  Evaluation   and  Research(CBER).
(See, Exhibit "C").

11.     On 23 July 2007, by letter, plaintiff wrote
the FDA requesting the status of his FOIA request   (See,
Exhibit "D" hereto).

12.     On 1 August 2007, by letter, plaintiff wrote
a second letter requesting the status of his FOIA request.
(See, Exhibit "E").

13.     On  14  October  2007,  by  letter,  plaintiff
wrote  an appeal letter to the FDA interpreting FDA's non-
reply as a denial.  (See, Exhibit "F").

14.     5  U.S.C.  §   2(a)(6)(A)(ii)  requires  any
federal agency to respond to a FOIA appeal within 20 working
days.

15.     The  FDA failed to respond within 20 working
days and it never responded.

16.     5 U.S.C. § 552(a)(6)(c) states, " any person
making  a  request  to  any  agency  for  records  ...  shall  be
deemed  to  have  exhausted  his  administrative  remedies  with
respect to such request if the agency fails to comply with
the applicable time limit provisions of this paragraph."

17.    FOIA gives this Court jurisdiction to order the defendant to provide the plaintiff with the records/information for which they asked.    5 U.S.C.    §552(a)(4)(B).

18.    This Court may assess attorney fees and litigation costs against the United States/FDA if the plaintiff substantially prevail in this action.    5 U.S.C. § 29a)(4)(E).

## CLAIM FOR RELIEF

### CLAIM ONE FAILURE TO REPLY TO APPEAL

19.    Paragraphs 1 through 18 are incorporated by reference.

20.    Based on the above facts and legal obligations, the defendant was required to respond to plaintiff's administrative appeal of his FOIA request.

21.    On or about 20 October 2007 defendant received the plaintiff's administrative appeal.    That triggered the 20 days working days time limit in which the defendant had to respond to the appeal under 5 U.S.C. § 52(a)(6)(A)(ii).    That time limit expired 16 November 2007.

22.    Because the defendant has failed to reply to the plaintiff's administrative appeal they are in violation of FOIA.

## REQUEST FOR RELIEF

For these reasons, plaintiff respectfully request that this Court enter judgment proving the following relief:

1.     Declare that defendant FDA illegally failed to respond to the plaintiff's administrative appeal.

2.     Direct injunction that the defendant FDA immediately provide the plaintiff with the documents/information he have requested.

3.     Grant the plaintiff his costs of litigation including reasonable attorney fees as provided by FOIA, 5 U.S.C. § 552(a)94)(E); and

4.     Provide such other relief as the Court deems just and proper.

Dated:   7 April 2008.

Herbert Thomas, 79A-1632
Green Haven Correctional Facility
Box 4000
Stormville, NY 12582-0010

Ex. A

Herbert Thomas, 79A-1632
Green Haven Correctional Facility
Box 4000
Stormville, New York  12582-0010

*Reply TT 2006—65 ←S*

17 April 2006

Re:  Biocine Sclavo, S.P.A. f/k/a Sclavo S.P.A
     Sede Legale e Domicillo Fiscale
     Siena via Fiorenina 1
     Siena and Rosia Italy
     Establishment icense No. 238

Records Access Officer
Food and Drug Administration   HFI-35
5600 Fishers Lane
Rockville, MD  20857

Records Access Officer:

        This is a Freedom of Information Act, 5 USC  552, as amended, for information and records pertaining to Biocine Sclavo, S.P.A. f/k/a Sclavo S.P.A. Establishment License No. 238.

Please provide me with the following:

1.     Copies of any and all documents that  Biocine Sclavo, S.P.A. f/k/a Sclavo S.P.A. Establishment License No. 238.is  required to be filed with the Food and Drug Administration to sell and import their product into the United States;

2.     The name and addresses of any and all Federal Agencies  in the United States that Biocine Sclavo, S.P.A. f/k/a Sclavo S.P.A. Establishment License No. 238 is required to  be register with in the United States to sell and import its products in the U.S.;

3.     Copies of any and all documents that list  Biocine Sclavo's, S.P.A. f/k/a Sclavo S.P.A. Establishment License No. 238, U.S. entities, and  subsidiary companies in the U.S.;

4.     Copies of any and all documents that list  Biocine Sclavo's, S.P.A. f/k/a Sclavo S.P.A. Establishment License No. 238,  U.S. Distributors of its products in the U.S.;

5.     Copies of any and all financial statements, annually or semi-annually or quarterly, for the years 1994-98, 20010 06, required to be filed and served by  Biocine Sclavo's, S.P.A. f/k/a Sclavo S.P.A. Establishment License No. 238,   with any U.S agencies;

6.   Copies of any and all revenue statements, annually or semi-annually or quarterly, for the years 1994-98, 2001  to 2006, required to be filed and served by  Biocine Sclavo's, S.P.A. f/k/a Sclavo S.P.A. Establishment License No. 238,   with any  U.S. agencies;

7.     Copies of any and all records or documents that list  all assets, for the years 1994-98, 20010-06, held by  Biocine Sclavo's, S.P.A. f/k/a Sclavo S.P.A. Establishment License No. 238,  in the United States or foreign country required to be  filed with any U.S. agencies;

8.     The names and addresses of law firms or attorneys that  represent or attorney of record

08 0831

**FILED**

MAY 1 4 2008

Clerk, U.S. District and
Bankruptcy Courts

required to be file by  Biocine Sclavo's, S.P.A. f/k/a Sclavo S.P.A. Establishment License No. 238, in the U.S.

If the you do not have any of the requested information and  or documents than please provide the reuester with the names and addresses of the person or agencies that have such information and documents, or knowledge.

Thank you. I hope to hear from you shorty.

Very truy yours,

Herbert Thomas

cc; file

Ex. B



DEPARTMENT OF HEALTH & HUMAN SERVICES

Food and Drug Administration
Rockville MD 20857

HERBERT THOMAS 79A-1632
BOX 4000
STORMVILLE NY 12582-0010 USA

04/24/2006

In Reply refer to:

2006-6588

Your reference:

Dear Requester:

The Food and Drug Administration (FDA) has received your Freedom of Information Act (FOIA) request for records regarding:

   BIOCINE SCLAVO SPA (SCALVO SPA), ITALY - RECS

We will respond as soon as possible and may charge you a fee for processing your request. If you have any questions about your request, please call Christopher E. Cunningham, Information Technician, at (301) 827-6551 or write to us at:

              Food and Drug Administration
              Division of Freedom of Information
              5600 Fishers Lane, HFI-35
              Rockville, MD 20857

If you call or write, use the reference number above which will help us to answer your questions more quickly.

$E_x. C$



DEPARTMENT OF HEALTH & HUMAN SERVICES                                          Public Health Service

Food and Drug Administration
1401 Rockville Pike
Rockville, MD 20852-1448

September 22, 2006

Herbert Thomas, 79A-1632
Green Haven Correctional Facility
Box 4000
Stormville, NY 12582

In reply refer to file F06-6588

Dear Mr. Thomas,

You submitted a Freedom of Information Act request dated "17 April 2006" to the United States
Department of Health & Human Services, Food and Drug Administration (FDA).  As you may know, your
request was received at the FDA's Center for Biologics Evaluation and Research (CBER) for processing
on April 24th, 2006.

Your letter dated August 14, 2006 asking the status of your FOIA request F06-6588 was forwarded to
CBER by the Division of Freedom of Information staff.   We were unable to contact you by phone since
you have not provided your phone number on your request. If you wish to discuss your request further,
you can reach me by either by phone at 301-827-2000, FAX at 301-827-3843, or by email to
Heather.Murray@.fda.hhs.gov.   If you would like for us to contact you by phone, please write to provide a
phone number at which we can write you.

As of today FOIA request #2006-6588 remains open at CBER.  The request will be processed on a first-in,
first-out basis within the appropriate queue.

Sincerely,

Heather Murray, Consumer Safety Officer
Access Litigation and Freedom of Information Branch, HFM-48

C

$E$x. $\mathcal{D}$

Herbert Thomas, 79A-1632
Green Haven Correctional Facility
Box 4000
Stormville, New York  12582-0010

23  July 2007

Re:  Biocine Sclavo, S.P.A., f/k/a Sclavo, S.P.A
     Sede Legale e Domicillo Fiscale
     Siena via Fiorenina 1
     Siena and Rosia Italy
     Establishment License No.238
     Reply No. 2006-6588

Food and Drug Administration
Division of Freedom of Information
5600 Fishers Lane, HFI-35
Rockville, MD  20857
ATT: HEATHER MURRAY, Consumer Safety Officer
     Access Litigation and
     Freedom Of Information Branch,  HFM-48

Dear Ms. Murry:

This will acknowledge receipt of your letter of 22 September
2006.

On 17 April 2006 I made a FOIA request for information and
documents pertaining to the above company.

On 24 April 2006 you agency responded to my FOIA request.

On 22 September 2006 you again responded to my FOIA request
with the requested information or documents.

As of the date of this letter neither have your agency provided
me with the information or documents nor have you communicated
with me.

Ms. Murry, please process my FOIA request, I understand the
process is on a first-in-first-out queue, as expeditious.
Last, please provide me with the following information.  Please
provide me with; (1) the name and address of the bank where
Biocine Sclavo, S.P.A., f/k/a Sclavo, S.P.A  conduct its banking
in Italy and the United States; and (2) please also provide
me with the name and address where Biocine Sclavo's, SPA f/k/a
Sclavo's, SPA  sole United States Distributor:
                    VOCO, INC. f/k/s SLAVO, INC.
                    5 Mansard Court
                    Wayne, New Jersey      07470
                    Fed I.D.# 13-27712263
                    SIC# 5129

Reply No. 2006-6588

conduct its bank transactions in the United States. If you
do not have the above information, please provide me with the
name and address of the person or agency where this information
is located.

Thank you for your time and consideration given this request.

Very truly yours,

cc:file

$Ex. E$

Herbert Thomas, DGA1632
Green Haven Correctional Fac.
Box 4000
Stormville, NY 12582-0010

14 August 2006

Re: Req# 2006-6588
Biocine Sclavo SPA (Sclavo SPA)
+ Italy - RECS

Mr. Christopher E. Cunningham
FDA
5600 Fishers Lane, HFI 35
Rockville, MD 2085

Dear Mr. Cunningham

On 17 April 2006 I made a FOIA
request certain information related
to the above company.
On 04/24/06 you responded.
As of the date of this follow-up letter
I have not received a communication
from you.
Please advise the status of my FOFA
request. Thank you.

Very truly yours,

$Ex. F$

Herbert Thomas, 79A1637
Green Haven Correctional Fac.
Box 4000
Stormville, NY 12582-0010

14 October 2007

Re: Reply # 2006-6588

Appeals Officer
FDA
5600 Fishers Lane - HFI-35
Rockville, MD 20857

Appeals Officer:
    On 17 April 2006 I made a FOFA request; on 04/24/06 you responded. As of the date of this appeal neither have I received the information nor have I received a reply from you. I hereby appeal your constructed denial from each act every part of your denied. Thank you

    Very truly yours,
    Herbert Thomas

CC: file

E

Afirmation of Service

I Herbert Thomas, under penalty of
Perjury declares that I served the
Complaint on the United States District
Court, District of Columbia at 500
Indiana Ave, N.W., Room 1500, Washington,
D.C. 2001

On this 17 April 2008.

Herbert Thomas

08-831
UNA

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| *Herbert Thomas* | *DHHS* |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF *55886*
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

*Pro Se (PR)*

Case: 1:08-cv-00831
Assigned To : Unassigned
Assign. Date : 5/14/2008
Description: FOIA/Privacy Act

CASE-ASSIGNED
JUN 3 0 2008
FILED SCANNED
DANIELLE

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

## ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability<br><br>**Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157 | **Immigration**<br>☐ 462 Naturalization Application<br>☐ 463 Habeas Corpus- Alien Detainee<br>☐ 465 Other Immigration Actions<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant | ☐ 871 IRS-Third Party 26 USC 7609<br><br>**Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc. | ☐ 460 Deportation<br>☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act) |

No Summons Issued

| □ **G.** *Habeas Corpus/ 2255* | □ **H.** *Employment Discrimination* | ■ **I** *FOIA/PRIVACY ACT* | □ **J.** *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| □ **K.** *Labor/ERISA (non-employment)* | □ **L.** *Other Civil Rights (non-employment)* | □ **M.** *Contract* | □ **N.** *Three-Judge Court* |
|---|---|---|---|
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

● 1 Original Proceeding  □ 2 Removed from State Court  □ 3 Remanded from Appellate Court  □ 4 Reinstated or Reopened  □ 5 Transferred from another district (specify)  □ Multi district Litigation  □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 - FOIA

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS □ ACTION UNDER F.R.C.P. 23  **DEMAND $**  Check YES only if demanded in complaint  **JURY DEMAND:** □ YES ⊗ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  □ YES □ NO  If yes, please complete related case form.

DATE  5/4/08  SIGNATURE OF ATTORNEY OF RECORD  _NaD_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

I:\forms\js-44.wpd