UNITED STATES DISTRICT COURT
District of Columbia
-------------------------------------------------------------x
Herbert Thomas,

Petitioner/Prisoner ID# 79A1632

-against-

Dept of Health + Human, FDA

·Respondent.
-------------------------------------------------------------x

**FILED**
MAY 14 2008
Clerk, U.S. District and
Bankruptcy Courts

DECLARATION IN SUPPORT
OF REQUEST TO PROCEED
IN FORMA PAUPERIS

08 0831

I, Herbert Thomas, am the petitioner in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. Are you presently employed?  Yes ( )   No (✓)

   A. If the answer is yes, state the amount of your salary per month and give the name and address of your employer.

   _____

2. Have you received within the past twelve months any income from any of the following sources?

   A. Business, profession, or form of self-employment?           Yes ( )   No (✓)
   B. Rent payments, interest, or dividends?                       Yes ( )   No (✓)
   C. Pensions, annuities, or life insurance payments?            Yes ( )   No (✓)
   D. Gifts or inheritances?                                      Yes ( )   No (✓)
   E. Any other sources?                                          Yes ( )   No (✓)

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

   None
   _____
   _____
   _____

3. Do you own any cash or do you have money in a savings or checking account? Yes ( ) No ( )
   [Include any funds in prison accounts]

   If the answer is yes, state the total value owned. None

**RECEIVED**
APR 15 2008
Clerk, U.S. District and
Bankruptcy Courts

(2)

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
    Yes ( )    No ( ✓ )

    If the answer is yes, describe the property and state its approximate value.

    _none_

5.  List the persons who are dependent upon you for support; state your relationship to those persons; and indicate how much you contribute toward their support:

| Name | Relationship | Amount of Support |
|------|--------------|-------------------|
|  | none |  |

I understand that a false statement or answer to any questions in this declaration will subject me to penalties for perjury; and, declare under penalty of perjury that the foregoing is true and correct.

_____
Petitioner's Signature

_____
Social Security No.

2/16/44
Date of Birth

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States District Judge    Date | _____  _____ <br> United States District Judge    Date |

## AUTHORIZATION

I, plaintiff/petitioner, hereby authorize said institution to release the herein requested financial information and any required future payment fees to the United States District Court, District of Columbia.

Dated: 7 April 2008

_____
Plaintiff Signature

HERBERT THOMAS
Name Printed

79A-1632
ID Number

_____
Social Security Number