UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Herbert Thomas<br>    Plaintiff | )<br>)<br>) |
| v. | )    Civil Action No. 08-0381 ESH<br>)<br>) |
| Department of Health and Human Services | )<br>)<br>) |
|     Defendant | ) |

**REASSIGNMENT OF CIVIL CASE**
(non-calendar committee)

The above entitled action was assigned on June 30, 2008 from Unassigned (9098)

to Judge Huvelle because the plaintiff has satisfied the requirements of the PLRA.

                                          NANCY MAYER-WHITTINGTON, CLERK

                                          By: La Tanau Scott
                                          Deputy Clerk

CC:    Judge Huvelle
&amp; Courtroom Deputy
Civil Case Processing Clerk
      Statistical