UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERBERT THOMAS, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) )   Civil Action No. 08-00831 (ESH) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. FOOD AND DRUG ADMINISTRATION, | ) ) ) ) ) |
|     Defendants. | ) ) |

### NOTICE OF FILING DEFENDANTS' PROPOSED SCHEDULING ORDER

Defendant proposes that the Court enter the following briefing schedule:

DISPOSITIVE MOTIONS    September 3, 2008

OPPOSITIONS            October 3, 2008

REPLIES                October 30, 2008


Respectfully submitted,

___/s/_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney


___/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Asst. United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-2332

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERBERT THOMAS, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 08-00831 (ESH) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. FOOD AND DRUG ADMINISTRATION, | ) |
|     Defendants. | ) |

Upon consideration of the Defendant's Proposed Briefing Schedule, for good cause shown, it is on this _____ day of _____, 2008,

ORDERED: that the parties shall adhere to the following briefing schedule.

DISPOSITIVE MOTIONS    September 3, 2008

OPPOSITIONS            October 3, 2008

REPLIES                October 30, 2008


_____
ELLEN SEGAL HUVELLE
United States District Judge