## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HERBERT THOMAS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | |
| ) | **Civil Action No. 08-0831 (ESH)** |
| *DEPARTMENT OF HEALTH* ) | |
| **AND HUMAN SERVICES,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF AMENDED CERTIFICATE OF SERVICE

Defendant hereby advises the Court that a copy of Defendant's Notice of Substitution of

Counsel (Docket # 13), filed on September 4, 2008, was inadvertently not placed in the office's

outgoing mail.  A copy of the substitution of counsel, including this notice will be mailed today

to:

HERBERT THOMAS
R79A-1632
Green Haven Correctional Facility
P.O. Box 4000
Stormville, NY 12582-0010


Respectfully submitted,


_____/s/_____
ANDREA MCBARNETTE, DC Bar #483789
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7470

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 5th day of September, 2008, that a copy of the

foregoing Notice of Amended Certificate of Service was filed and served by First-Class mail;

postage prepaid to:


HERBERT THOMAS
R79A-1632
Green Haven Correctional Facility
P.O. Box 4000
Stormville, NY 12582-0010


                                        /s/
_____          _____
                                ANDREA MCBARNETTE, DC Bar #483789
                                Assistant United States Attorney
                                United States Attorney's Office
                                Civil Division
                                555 4th Street, N.W.
                                Washington, D.C. 20530
                                (202) 514-7470

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

HERBERT THOMAS,                    )
                                   )
              Plaintiff,           )
                                   )
       v.                          )          Civ. Action No. 08-0831 (ESH)
                                   )
DEPARTMENT OF HEALTH AND           )
HUMAN SERVICES                     )
                                   )
              Defendant.           )
_____    )

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Andrea McBarnette and remove the appearance of Assistant United States Attorney Charlotte A.

Abel as counsel for Defendant in the above-captioned case.

Respectfully submitted,

                    /s/
_____
ANDREA MCBARNETTE, DC Bar #483789
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7470